█ In the Matter of JOSEPH A. STAROSCIAK, Appellant, v. JAMES R. LAWLEY et al., Constituting the Board of Elections of Erie County, and ELLOEEN D. OUGHTERSON, Respondents█

█ Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.